UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRUCE BOSTON,<br><br>             Plaintiff,<br>    v.<br><br>KAMALA D. HARRIS, ATTORNEY<br>GENERAL OF CALIFORNIA<br><br>             Defendant. | Case No.: C 11-01872 PSG<br><br>**ORDER DENYING PLAINTIFF BRUCE BOSTON'S REQUEST FOR ACCESS TO COURTHOUSE LIBRARY**<br><br>**(Docket No. 7)** |

Plaintiff Bruce Boston ("Boston") proceeding *pro se* requests access to the law library located in the federal courthouse. Boston states that he intends to avail himself of the resources available at the Federal Legal Assistance Self-Help Center and ease of access to a law library in the same building would be more convenient for him. Having reviewed the request,

IT IS HEREBY ORDERED that Boston's request for access to the law library of the federal courthouse, which is located in a secure area of the courthouse and not usually open to the public, is DENIED. Instead, Boston should take advantage of the resources available to him through the Santa Clara County Law Library, located at 360 North First St., San Jose, CA 95113. That library has more flexible hours and is better equipped than the courthouse law library to

work with *pro se* litigants.

IT IS SO ORDERED.

Dated: July 28, 2011

                                         _____
                                         PAUL S. GREWAL
                                         United States Magistrate Judge