UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BRUCE BOSTON, | ) | Case No.: C 11-01872 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING FURTHER STATUS** |
| v. | ) | **CONFERENCE** |
| | ) | |
| KAMALA HARRIS, ATTORNEY GENERAL OF CALIFORNIA, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) ) | |

On August 2, 2011, Plaintiff Bruce Boston appeared for a status conference. Based on the discussions held at the conference, a further status conference shall be held on September 20, 2011 at 2PM.

IT IS SO ORDERED.

Dated:   August 2, 2011

                                     PAUL S. GREWAL
                                     United States Magistrate Judge